IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SRC, INC.,
7502 Round Pond Road
North Syracuse, NY 13212-2510

                  Plaintiff,

                v.

THEIA GROUP, INC.,
1455 Pennsylvania Avenue NW, Washington,
District of Columbia 20004

                  Defendant.

**COMPLAINT**

Civil Action No.: 21-2329

---

SRC, Inc. ("SRC"), by its undersigned attorneys, Bond, Schoeneck &
King, PLLC, alleges for its Complaint against the defendant, Theia Group, Inc.
("Theia"), as follows:

## INTRODUCTION

1.     SRC brings this action to recover damages caused by Theia's
breach of its contracts with SRC in connection with the design and construction of L-
band synthetic aperture radar ("SAR") systems.

## PARTIES

2.     SRC is a not-for-profit corporation organized and existing under
the laws of the State of New York, having its headquarters and principal place of
business at 7502 Round Pond Road, North Syracuse, New York 13212-2510.

3.     Upon information and belief, Theia is a corporation organized and
existing under the laws of the State of Delaware, having its headquarters and

principal place of business at 1455 Pennsylvania Avenue NW, Washington, District of Columbia 20004.

## JURISDICTION AND VENUE

4.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because complete diversity of citizenship exists between SRC and Theia, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(c)(2) because Theia is subject to personal jurisdiction in this District and, consequently, Theia is deemed to reside in this District.

## FACTUAL ALLEGATIONS

6.    SRC and Theia entered into Contract No. RA024 on or about October 10, 2019.  A true and correct copy of that contract is attached as **Exhibit A** and incorporated by reference.

7.    Theia subsequently executed three modifications of Contract No. RA024.  True and correct copies of those modifications are attached as **Exhibits B, C, and D** and incorporated by reference.  Theia executed the third modification in response to SRC Proposal No. RSD21.128RA, which was an engineering change proposal ("ECP") generated by SRC at Theia's request.  A true and correct copy of that ECP is attached as **Exhibit E** and incorporated by reference.

2

8.     SRC has performed in accordance with the terms of Contract No. RA024, as modified.

9.     Between September 8, 2020 and May 6, 2021, SRC duly issued ten invoices to Theia in accordance with the terms of Contract No. RA024, as modified.

10.     The balance due and owing on those invoices is $658,614.37.

11.     Theia has failed to pay any portion of that balance, in breach of the terms of Contract No. RA024, as modified.

12.     On or about October 16, 2020, in response to SRC Proposal No. RSD20.123RA and SRC Statement of Work for Additional Theia Systems (the "SOW"), Theia issued its Purchase Order No. 20 to SRC.  True and correct copies of SRC's Proposal No. RSD20.123RA, the SOW, and Theia Purchase Order No. 20 are attached as **Exhibits F**, **G**, **and H,** respectively, and incorporated by reference.

13.     SRC assigned Contract No. RA038 to this contract.

14.     SRC has performed in accordance with the terms of Contract No. RA038.

15.     Between November 8, 2020 and February 7, 2021, SRC duly issued ten invoices to Theia in accordance with the terms of Contract No. RA038.

16.     The balance due and owing on those invoices is $1,204,038.36.

17.     Theia has failed to pay any portion of that balance, in breach of the terms of Contract No. RA038.

18.     By letter dated April 15, 2021, SRC reasonably requested payment of its overdue invoices and/or adequate assurances.  No payment and no adequate assurances were ever received.

19.     By email dated May 7, 2021, Theia asked SRC to stop all work on both contracts.

20.     SRC's repeated requests for payment and/or assurances since May 7, 2021 have been effectively ignored.

## FIRST CLAIM FOR RELIEF

## THEIA'S BREACH OF CONTRACT NO. RA024

21.     SRC repeats and realleges the allegations contained in paragraphs "1" through "20" with the same force and effect as though fully set forth herein.

22.     Contract No. RA024 is an enforceable contract between SRC and Theia.

23.     SRC has fully complied with all its obligations under that contract.

24.     In accordance with the terms of the contract, SRC invoiced Theia for amounts due under the contract on September 8, 2020, October 13, 2020, November 10, 2020, November 11, 2020, January 7, 2021, February 9, 2021, February 10, 2021, March 3, 2021, April 8, 2021, and May 6, 2021.  True and correct copies of those invoices are attached collectively as **Exhibit I** and incorporated by reference.

25.    The overdue outstanding balance on those invoices that Theia has failed to pay, in breach of its obligations under the contract, totals $658,614.37.

26.    Theia has breached the contract, and its breach has caused SRC to sustain damages in an amount to be determined at trial, but in no event less than $658,614.37.

## SECOND CLAIM FOR RELIEF

## THEIA'S BREACH OF CONTRACT NO. RA038

27.    SRC repeats and realleges the allegations contained in paragraphs "1" through "26" with the same force and effect as though fully set forth herein.

28.    Contract No. RA038 is an enforceable contract between SRC and Theia.

29.    SRC ordered materials, commenced work, and fully complied with all its obligations under that contract through the date of Theia's request that SRC stop all work.

30.    The contract required Theia to pay 33% of the total contract price to SRC upon award of the contract, 33% upon SRC's order of materials, and 34% upon delivery.  *See* Ex. H.  The total contract price for Theia's base order under Contract No. RA038 was $1,824,296.  *Id.*

31.    In accordance with the terms of the contract, SRC issued invoices to Theia for 33% of the total price for each contract line item number ("CLIN") of Theia's base order on November 8, 2020.  True and correct copies of those invoices are

attached collectively as **Exhibit J** and incorporated by reference.  Theia has not paid any portion of those invoices, which total $602,017.68.

32.    In further accordance with the contract, SRC issued invoices to Theia for an additional 33% of the total price for each CLIN of Theia's base order on February 7, 2021, when SRC had ordered and received the materials needed for the construction of the radars.  True and correct copies of those invoices are attached collectively as **Exhibit K** and incorporated by reference.  Theia has not paid any portion of those invoices, which total $602,020.68.

33.    Theia has breached the contract, and its breach has caused SRC to sustain damages in an amount to be determined at trial, but in no event less than $1,204,038.36.

34.    Contract No. RA038 provides, *inter alia*, that "[i]f any litigation . . . is commenced between THEIA and [SRC] . . . the party prevailing in the litigation . . . is entitled, in addition to such other relief that is granted, to a reasonable sum as and for their attorney's fees in such litigation[.]"


**WHEREFORE**, SRC respectfully requests that the Court enter judgment in favor of SRC and against Theia as follows:

(A)    Awarding SRC damages in an amount to be determined at trial, but in no event less than $1,862,652.73, plus pre- and post-judgment interest;

(B)    Awarding SRC its costs and disbursements in this action, including reasonable attorney's fees; and

12937446.3

(C)     Awarding SRC such other and further relief as the Court deems just, proper, and equitable.

Dated:  September 2, 2021                          BOND, SCHOENECK & KING, PLLC

By:_____
John D. Clopper (DC Bar No:  483227)
One Lincoln Center
Syracuse, New York  13202-1355
Telephone:  (315) 218-8000
jclopper@bsk.com


*Attorneys for Plaintiff, SRC, Inc.*

12937446.3