Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SRC, INC.
       Plaintiff(s)

v.

Civil Action: 21-cv-02329-RBW

THEIA GROUP, INC.
       Defendant(s)

**RE:** THEIA GROUP, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 20, 2021, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of October, 2021 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Tonya Hightower
       Deputy Clerk