UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRC, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-2329 (RBW) |
| | ) <br> ) |
| THEIA GROUP, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## ORDER

In accordance with the Court's oral rulings issued at the status conference held on July 2, 2024, via teleconference, it is hereby

**ORDERED** that, on February 25, 2025, at 9:00 a.m., the parties shall appear for a status conference. The parties shall appear before the Court, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 2nd day of July, 2024.

REGGIE B. WALTON
United States District Judge

1