**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SRC, INC., </br></br> Plaintiff, </br></br> v. </br></br> THEIA GROUP, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 21-2329 (RBW) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

In accordance with the Court's oral rulings issued at the status conference held on February 25, 2025, via teleconference, it is hereby

**ORDERED** that, on May 12, 2025, at 9:30 a.m., the parties shall appear for a status conference. The parties shall appear before the Court, via teleconference, by calling 646-828-7666, entering the Meeting ID: 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 25th day of February, 2025.

REGGIE B. WALTON
United States District Judge

1