# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SRC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 21-2329 (RBW) |
| ) | |
| THEIA GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on May 12, 2025, via teleconference, it is hereby

**ORDERED** that, on August 5, 2025, at 9:30 a.m., the parties shall appear for a status conference. The parties shall appear before the Court, via teleconference, by calling 646-828-7666, entering the Meeting ID: 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 13th day of May, 2025.

REGGIE B. WALTON
United States District Judge

1