UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SRC, INC.,

          Plaintiff,

v.

THEIA GROUP, INC.

          Defendant.

**NOTICE OF DISMISSAL**

Civil Action No.:
21-2329 (RBW)

**PLEASE TAKE NOTICE** that the above-entitled action is hereby dismissed without prejudice.  Said dismissal is filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) since defendant has not served an answer or a motion for summary judgment.

Dated:  August 5, 2025

BOND, SCHOENECK & KING, PLLC

By:  _/s/Jennifer Schwartzott_
Jennifer Schwartzott (DC Bar No. 486531)
350 Linden Oaks, Third Floor
Rochester, NY 14625
Telephone:  585-362-4700

Louis Orbach (admitted pro hac vice)
One Lincoln Center
Syracuse, NY 13202
Telephone:  (315) 218-8000

*Attorneys for Plaintiff SRC, Inc.*

22085865